■ BERG AGENCY, INC., Respondent, v SIGMUND SOMMER, Individually and Doing Business as NORTH SHORE TOWER ASSOCIATES, Appellant.—Order, Supreme Court, New York County, entered December 7, 1977, to the extent appealed from, unanimously affirmed, without costs or disbursements. We do not here pass on the question, first raised on appeal but not before Special Term, that Sommer was not liable in his individual capacity. Concur—Birns, J. P., Evans, Lane, Yesawich and Sandler, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE TEXADOR, Appellant.—Judgment, Supreme Court, New York County, rendered on September 9, 1976, unanimously affirmed. Application by appellant's counsel to withdraw as counsel granted (see *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833). We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur—Lupiano, J. P., Silverman, Lane, Sandler and Sullivan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GEORGE KUTSCHERENKO, Appellant.—Judgment, Supreme Court, New York County, rendered on May 26, 1977, unanimously affirmed. Application by appellant's counsel to withdraw as counsel granted (see *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833). We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur—Birns, J. P., Silverman, Fein, Markewich and Sullivan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, v CHARLES GALE.—Motion to amend the remittitur of this court entered on May 2, 1972, so as to provide that certain questions raised pursuant to the Constitution of the United States were raised and necessarily passed upon by this court, granted. Concur—Murphy, P. J., Kupferman, Lupiano, Birns and Silverman, JJ.